**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Chambers of** | **United States Courthouse** |
| **PATRICK J. SCHILTZ** | **300 South Fourth Street** |
| **DISTRICT JUDGE** | **Minneapolis, Minnesota 55415** |
| | **(612) 664-548** |

February 6, 2018
VIA CM/ECF

Re:   Shannon Miller v. Board of Regents of the University of Minnesota
        Case No. 15-CV-3740 (PJS/LIB)

Dear Counsel:

I write to inform you that I will be imposing time limitations on the parties, as I do in every civil trial.  Specifically, each side will be limited to 20 hours of "jury time."

Every minute that the jury is in the courtroom will be charged to one side or the other.  During opening statements and closing arguments, time will be charged to the party doing the arguing.  During questioning of witnesses, time will be charged to the party doing the questioning.  During voir dire, preliminary instructions, sidebar conferences, and final instructions, time will be split equally between the two sides. (Each side should reserve 45 minutes to be applied to final instructions.)

My staff will keep time.  Each side is also welcome to keep time.  My staff and the timekeepers will attempt to reconcile the figures at the end of each day.  If there are any disputes, the determination of my staff will govern.

A typical trial day involves about six hours of jury time—and thus, even if both sides use every minute of their allotted jury time, we should get the case to the jury no later than Wednesday, March 14.

I look forward to seeing you at the pretrial conference in Duluth on March 5.

Sincerely,

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge