# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, Jen Banford, And Annette Wiles, | Case No. 15-cv-03740 (PJS/LIB) |
| Plaintiffs, | **ORDER** |
| v. | |
| The Board of Regents of the University of Minnesota, | |
| Defendant. | |

Based on the parties' Stipulation for Exclusion of Evidence (filed as ECF Docket No. 504);

**IT IS HEREBY ORDERED** that:

1. Ms. Miller's claim for emotional distress is of the "garden variety" type, of the type discussed in *Blake v. U.S. Nat. Ass'n*, Case No. Civ-0306084 (PAM/RLE), 2004 WL 5254174 (D. Minn. May 19, 2004);

2. Ms. Miller shall not make any claim or attempt to offer evidence in this case that implicates her physical or psychological health;

3. Ms. Miller shall not offer any testimony or evidence related to or regarding any medical treatment, or medications which she may relate to the Defendant's conduct, including but not limited to her April 23, 2015 Urgent Care

visit, the chest pain symptoms that led to that visit, her Anxiety diagnosis, and the medication prescribed for her Anxiety; and

4. Ms. Miller will not be permitted to offer a mental health or other medical care provider to testify regarding her damages.

BY THE COURT:

Dated: 2/7/18

s/Patrick J. Schiltz
Honorable Patrick J. Schiltz
U.S. District Judge