## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Shannon Miller,  Case No. 15-CV-03740 (PJS/LIB)

                Plaintiff,

vs.  **PLAINTIFF SHANNON MILLER'S NOTICE OF MOTION IN LIMINE**

The Board of Regents of the
University of Minnesota,

                Defendant.

---

    Plaintiff Shannon Miller respectfully moves the Court in limine for an order excluding all testimony from Jan Lowe at trial.

    This motion is based upon the supportive memorandum of law, any further evidence and argument to be presented at or before the hearing, and all of the files, records and proceedings herein.

[SIGNATURE PAGE FOLLOWS.]

2

                                        **FAFINSKI MARK & JOHNSON, P.A.**

Dated:  February 16, 2018          s/ Sharon L. Van Dyck
                                        Sharon L. Van Dyck, Reg. No. 0183799
                                        Donald Chance Mark, Jr., Reg. No. 0067659
                                        Andrew T. James, Reg. No. 0390982
                                        Flagship Corporate Center
                                        775 Prairie Center Drive, Suite 400
                                        Eden Prairie, MN 55344
                                        sharon.vandyck@fmjlaw.com
                                        donald.mark@fmjlaw.com
                                        andrew.james@fmjlaw.com
                                        (952) 995-9500

                                                  – and –

                                        Dan Siegel
                                        Jane Brunner
                                        SIEGEL, YEE & BRUNNER
                                        475 14th Street, Suite 500
                                        Oakland, CA 94612
                                        dansiegel@siegelyee.com
                                        janebrunner@siegelyee.com
                                        (510) 839-1200

                                        *Attorneys for Plaintiff Shannon Miller*