## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Shannon Miller,

          Plaintiff,

vs.

The Board of Regents of the
University of Minnesota,

          Defendant.

Case No.  15-CV-03740 (PJS/LIB)

**JOINT LIST OF PARTIES, ATTORNEYS, AND WITNESSES**

---

The parties provide this joint list of parties, attorneys, and witnesses.

**Parties:**

1. Shannon Miller

2. The Board of Regents of the University of Minnesota

**Attorneys:**

1. Jeanette Bazis

2. Jane Brunner

3. Andrew James

4. Donald Chance Mark, Jr.

5. Timothy Pramas

6. Dan Siegel

7. Katherine Swenson

8. Sharon Van Dyck

**Witnesses:**

1. Jen Banford
2. Joshua Berlo
3. Lendley Black
4. Tricia Bunten
5. Brian Burke
6. Arthur Cobb
7. Maura Crowell
8. Kristina D'Allaird
9. Lisa Erwin
10. Jay Finnerty
11. Kelly Grgas-Wheeler
12. John Gilbert
13. Dave Goldberg
14. Christy Hickel
15. Zoe Hickel
16. Meghan Huertas
17. Gary Holquist
18. David Jones
19. Charlie Kenyon
20. Jamie Kenyon
21. Rachel Kerr

22. Gina Kingsbury

23. Linda Kinnear

24. Herb Lewis

25. Donna Lopiano, Ph.D.

26. Jan Lowe

27. Sue MacDonald

28. Kathryn Martin

29. Jenna McParland

30. Heath Miller

31. Heather Miller

32. Shannon Miller

33. Angie Nichols

34. Bob Nielson

35. Ira Salmela

36. Scott Sandelin

37. Rick Smith

38. Karen Stromme

39. Jim Swenson

40. Julianne Vasichek

[SIGNATURE PAGE FOLLOWS.]

22. Gina Kingsbury

23. Linda Kinnear

24. Herb Lewis

25. Donna Lopiano, Ph.D.

26. Jan Lowe

27. Sue MacDonald

28. Kathryn Martin

29. Jenna McParland

30. Heath Miller

31. Heather Miller

32. Shannon Miller

33. Angie Nichols

34. Bob Nielson

35. Ira Salmela

36. Scott Sandelin

37. Rick Smith

38. Karen Stromme

39. Jim Swenson

40. Julianne Vasichek

[SIGNATURE PAGE FOLLOWS.]

4

Dated:  February 16, 2018                    **FAFINSKI MARK & JOHNSON, P.A.**

<u>s/ Sharon L. Van Dyck</u>
Sharon L. Van Dyck, Reg. No. 0183799
Donald Chance Mark, Jr., Reg. No. 0067659
Andrew T. James, Reg. No. 0390982
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
sharon.vandyck@fmjlaw.com
donald.mark@fmjlaw.com
andrew.james@fmjlaw.com
(952) 995-9500

– and –

Dan Siegel
Jane Brunner
SIEGEL, YEE & BRUNNER
475 14th Street, Suite 500
Oakland, CA 94612
dansiegel@siegelyee.com
janebrunner@siegelyee.com
(510) 839-1200

*Attorneys for Plaintiff Shannon Miller*

| | |
|---|---|
| Dated:  February 16, 2018 | **GREENE ESPEL PLLP** |

        s/ Jeanette M. Bazis
Jeanette M. Bazis, Reg. No. 255646
Katherine M. Swenson, Reg. No. 0389280
222 South Ninth Street, Suite 2200
Minneapolis, MN  55402
jbazis@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

       – and –

DOUGLAS R. PETERSON
General Counsel
University of Minnesota
By Timothy J. Pramas, Reg. No. 240321
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
pram0001@umn.edu
(612) 624-4100

*Attorneys for Defendant Board of Regents of the University of Minnesota*