## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller,<br>Jen Banford, and<br>Annette Wiles,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>The Board of Regents of the<br>University of Minnesota,<br><br>　　　　　　Defendant. | Case No.  15-cv-3740 (RHK/LIB)<br><br><br><br>**CERTIFICATE OF WORD COUNT COMPLIANCE PURSUANT TO L.R. 7.1(f)** |

I, Andrew T. James, hereby certify that Plaintiff Shannon Miller's Motion in Limine is compliant with Local Rule 7.1(f) and with the type size limitation of L.R. 7.1(h).

I further certify that, in preparation of the aforementioned Memorandum of Law, I used Microsoft® Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count.

I further certify that the above-referenced Memorandum of Law contains 885 words.

[*SIGNATURE PAGE FOLLOWS*]

                                        Respectfully submitted,

                                        **FAFINSKI MARK & JOHNSON, P.A.**

Dated:  February 16, 2018        s/ Sharon L. Van Dyck
                                        Sharon L. Van Dyck, Reg. No. 0183799
                                        Donald Chance Mark, Jr., Reg. No. 0067659
                                          Andrew T. James, Reg. No. 0390982
                                          Flagship Corporate Center
                                          775 Prairie Center Drive, Suite 400
                                          Eden Prairie, MN 55344
                                          sharon.vandyck@fmjlaw.com
                                          donald.mark@fmjlaw.com
                                          andrew.james@fmjlaw.com
                                          (952) 995-9500

                                                 – and –

                                          Dan Siegel
                                          Jane Brunner
                                          SIEGEL, YEE & BRUNNER
                                          475 14th Street, Suite 500
                                          Oakland, CA 94612
                                          dansiegel@siegelyee.com
                                          janebrunner@siegelyee.com
                                          (510) 839-1200

                                        *Attorneys for Plaintiff Shannon Miller*