# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| Shannon Miller<br><br>Plaintiff,<br><br>v.<br><br>The Board of Regents of the University of Minnesota,<br><br>Defendant. | Case No. 15-cv-3740 (RHK/LIB)<br><br>**PLAINTIFF SHANNON MILLER'S EXHIBIT LIST** |
|---|---|

| Presiding Judge<br>Patrick J Schiltz | Plaintiff's Attorney<br>Dan Siegel, Donald Chance Mark | Defendant's Attorney |
|---|---|---|
| Trial Date<br>March 6, 2018 | Court Reporter | Courtroom Deputy |

| PLF. No. | Date Offered | Marked | Admitted | Description of Exhibit |
|---|---|---|---|---|
| P-1 | | | | Shannon Miller appointment letter, 4/20/98 (UM_000004061-000004063) |
| P-2 | | | | Shannon Miller Employment Agreement, 4/13/06 (UM_000003916-000003923) |
| P-3 | | | | Shannon Miller Employment Agreement, 7/30/09, and Amendment to Employment Agreement, 7/6/10 (UM_000004001-000004011, deposition exhibit 139) |
| P-4 | | | | Jen Banford email to Judith Karon, 3/9/11 (JB 1) |
| P-5 | | | | Hate mail (UM_000006029) |
| P-6 | | | | Chancellor's Office email to Lendley Black, 3/9/11 (UM_000012180-000012181) |
| P-7 | | | | Shannon Miller Performance Appraisal, 6/11/11 (UM_000003937-000003941) |

| | | | | |
|---|---|---|---|---|
| P-8 | | | | 2010-11 Bonus for Hockey Coaches (UM_000003761, deposition exhibit 350) |
| P-9 | | | | William Haller email, 7/30/11 (SM 1790) |
| P-10 | | | | Shannon Miller letter to Lendley Black (UM_000000040) |
| P-11 | | | | Shannon Miller email to Bob Nielson, 8/5/11 (UM_000000041) |
| P-12 | | | | Shannon Miller email to Bob Nielson, 9/16/11 (SM 1414) |
| P-13 | | | | Shannon Miller email to Lendley Black and Judith Karon, 10/3/11 (UM_000006762) |
| P-14 | | | | Shannon Miller email to Judith Karon, 10/3/11 (UM_000006763-000006764, deposition exhibit 152) |
| P-15 | | | | Shannon Miller Performance Appraisal, 5/8/12 (UM_000003945-000003951) |
| P-16 | | | | Bob Nielson email to Lendley Black, 9/19/12 (UM_000010749-000010750, deposition exhibit 157) |
| P-17 | | | | Shannon Miller email to Lendley Black, 11/1/12 (SM 2135-2136) |
| P-18 | | | | Shannon Miller email to Karen Stromme, 2/3/13 (SM 1419-1420) |
| P-19 | | | | Shannon Miller email to Karen Stromme, 2/21/13 (SM 1425-1427, deposition exhibit 266) |
| P-20 | | | | Josh Berlo email to Shannon Miller, 4/11/13 (SM 1428) |
| P-21 | | | | Josh Berlo appointment letter, 4/15/13 (deposition exhibit 202) |
| P-22 | | | | Shannon Miller Performance Appraisal, 4/22/13 (UM_000003739-000003749, deposition exhibit 261) |
| P-23 | | | | Josh Berlo email to Sue MacDonald, 5/3/13 (SM 1434, deposition exhibit 292) |
| P-24 | | | | Shannon Miller Performance Evaluation Summary and Reappointment Notice, 5/23/13 (SM 453) |

| | | | | |
|---|---|---|---|---|
| P-25 | | | | Shannon Miller email to Josh Berlo, 9/3/13 (UM_000010661) |
| P-26 | | | | Josh Berlo email to Gary Holquist, 9/13/13 (UM_000011040-000011041) |
| P-27 | | | | Josh Berlo text message to Lendley Black, 10/5/13 (UM_000003101) |
| P-28 | | | | Shannon Miller email to Lendley Black, 10/7/13 (UM_000007294, deposition exhibit 238) |
| P-29 | | | | Josh Berlo email to Jen Banford, 1/30/14 (UM_000010792-000010794, deposition exhibit 295) |
| P-30 | | | | Shannon Miller email to Slater Lampman, 2/23/14 (deposition exhibit 163) |
| P-31 | | | | Shannon Miller email to James Stauber, 2/25/14 (UM_000008159, deposition exhibit 162) |
| P-32 | | | | Josh Berlo email to Sue MacDonald, 3/17/14 (UM_000007317, deposition exhibit 296) |
| P-33 | | | | Shannon Miller email to Josh Berlo, 3/30/14 (SM 1473) |
| P-34 | | | | Josh Berlo email to Brenda Risdon, 4/2/14 (UM_000001649-000001650, deposition exhibit 310) |
| P-35 | | | | Shannon Miller Performance Appraisal, 4/2/14 (UM_000003704-000003709, deposition exhibit 164) |
| P-36 | | | | UMD article, Bulldogs Add Five More Signees to Bolster Roster, 4/17/14 (SM 1872-1873) |
| P-37 | | | | Office of the Chancellor email to Jay Finnerty, 5/2/14 (UM_000006938-000006939) |
| P-38 | | | | Josh Berlo email to Sue MacDonald, 5/9/14 (UM_000010902-000010903, deposition exhibit 297) |
| P-39 | | | | Shannon Miller email to Sue MacDonald, 5/12/14 (SM 2721-2722, deposition exhibit 303) |
| P-40 | | | | Josh Berlo email to Shannon Miller, 5/12/14 (UM_000010837) |

|  |  |  |  |  |
|---|---|---|---|---|
| P-41 |  |  |  | Shannon Miller Performance Evaluation Summary and Reappointment Notice, 5/19/14 (UM_000010908) |
| P-42 |  |  |  | Shannon Miller email to Josh Berlo, 5/20/14 (SM 1477-1483, deposition exhibit 213) |
| P-43 |  |  |  | Josh Berlo email to Shannon Miller, 5/21/14 (UM_000010841, deposition exhibit 216) |
| P-44 |  |  |  | Shannon Miller email to Josh Berlo, 5/27/14 (SM 1487a) |
| P-45 |  |  |  | Kristina D'Allaird email to Jen Banford, 5/28/14 (UM_000005449, deposition exhibit 331) |
| P-46 |  |  |  | Josh Berlo email to UMD Athletic staff, 6/8/14 (UM_000011068-000011069, deposition exhibit 217) |
| P-47 |  |  |  | Shannon Miller email to Josh Berlo, 6/20/14 (SM 1499) |
| P-48 |  |  |  | Shannon Miller email to Josh Berlo, 7/9/14 (SM 1501) |
| P-49 |  |  |  | Transcript of recording of 7/14/14 meeting with Shannon Miller, Josh Berlo and Jan Finnerty (Document 141) |
| P-50 |  |  |  | Audio recording of 7/14/14 meeting with Shannon Miller, Josh Berlo and Jay Finnerty (SM 1239) |
| P-51 |  |  |  | Transcript of recording of 7/29/14 meeting with Shannon Miller, Josh Berlo and Lendley Black (Document 142) |
| P-52 |  |  |  | Audio recording of 7/29/14 meeting with Shannon Miller, Josh Berlo and Lendley Black (SM 1240) |
| P-53 |  |  |  | Lendley Black email to Shannon Miller, 9/4/14 (UM_000012581-000012583, deposition exhibit 239) |
| P-54 |  |  |  | Josh Berlo email to UMD Athletic staff, 9/28/14 (UM_000008604, deposition exhibit 42) |
| P-55 |  |  |  | Gary Holquist email, 11/6/14 (UM_000006864-000006865, deposition exhibit 314) |
| P-56 |  |  |  | JT Bruett email to Abbey Strong, 12/2/14 (UM_000011362-000011364) |

| | | | | |
|---|---|---|---|---|
| P-57 | | | | Jay Finnerty email to Linda Kinnear, 12/4/14, (UM_000008796-000008797, deposition exhibit 338) |
| P-58 | | | | Josh Berlo email to Lucy Kragness, 12/5/14 (UM_000010915-000010934, deposition exhibit 313) |
| P-59 | | | | UMD Women's Hockey Coaching staff emails to supporters, 12/7/14 (SM 1527-1528) |
| P-60 | | | | Josh Berlo email to Linda Kinnear, 12/8/14 (UM_000009973-000009974, deposition exhibit 203) |
| P-61 | | | | Angela Nichols email to Shannon Miller, 12/8/14 (SM 1529) |
| P-62 | | | | Linda Kinnear email to Jay Finnerty, 12/9/14 (UM_000009665-000009668) |
| P-63 | | | | Josh Berlo non-renewal letter to Shannon Miller, 12/9/14 (SM 1530) |
| P-64 | | | | Transcript of recording of 12/9/14 meeting with Shannon Miller, Josh Berlo and Lendley Black (Document 144) |
| P-65 | | | | Audio recording of 12/9/14 meeting with Shannon Miller, Josh Berlo and Lendley Black (SM 1243) |
| P-66 | | | | Jen Banford email notes, 12/10/14 (UM_000007813, deposition exhibit 90) |
| P-67 | | | | Jen Banford email to Shannon Miller, 12/11/14 (SM 1533-1534) |
| P-68 | | | | Transcript of recording of 12/14/14 meeting with Shannon Miller and Josh Berlo (Document 93) |
| P-69 | | | | Audio recording of 12/14/14 meeting with Shannon Miller and Josh Berlo (SM 1246) |
| P-70 | | | | Shannon Miller email to Josh Berlo, 12/15/14 (SM 1539) |
| P-71 | | | | Josh Berlo email to Shannon Miller, 12/15/14 (SM 1538, deposition exhibit 221) |
| P-72 | | | | Podcast transcription of John Gilbert Show, 12/16/14 (SM 2754-2764) |
| P-73 | | | | Jay Finnerty email to James Finnerty, 12/16/14 (UM_000008822, deposition exhibit 279) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| P-74 |  |  |  |  | Angela Nichols email to Kathy Heltzer and Terrie Shannon, 12/16/14 (UM_000011973-000011974) |
| P-75 |  |  |  |  | Duluth News Tribune article, Miller criticizes process after UMD opts to not renew coaching contract, 12/17/14 (deposition exhibit 241) |
| P-76 |  |  |  |  | The New York Times article, Citing Budget, Minnesota-Duluth Cuts Ties With Women's Hockey Coach, 12/17/14 (UM-000001245) |
| P-77 |  |  |  |  | ESPN.com news services article, UMD won't retain Shannon Miller, 12/18/14 (UM_000001237) |
| P-78 |  |  |  |  | In reaction: Difficult decision on Miller helps all UMD athletics by Dave Goldberg, 12/18/14 (SM 1830-1831) |
| P-79 |  |  |  |  | Josh Berlo email to Lucy Kragness, 12/30/14 (UM_000010935, deposition exhibit 307) |
| P-80 |  |  |  |  | Josh Berlo text message to Lendley Black, 1/8/15 (UM_000003106, deposition exhibit 244) |
| P-81 |  |  |  |  | Duluth News Tribune article, UMD chancellor: Decision to not renew Miller's contract was not entirely about money, 1/8/15 (deposition exhibit 243) |
| P-82 |  |  |  |  | SB Nation College Hockey article, Minnesota Duluth Chancellor Changes Story on Shannon Miller's Contract, 1/9/15 (deposition exhibit 245) |
| P-83 |  |  |  |  | John Economos email to Gary Holquist, 2/12/15 (UM_000010759, deposition exhibit 304) |
| P-84 |  |  |  |  | Katie Sieben letter to Eric Kaler and Lendley Black, 2/20/15 (SM 1545-1546, deposition exhibit 249) |
| P-85 |  |  |  |  | James Stauber email to Robert Nygaard, 2/24/15 (UM_000007546-000007549, deposition exhibit 330) |
| P-86 |  |  |  |  | Jay Finnerty email to Josh Berlo, 2/24/15 (UM_000008914, deposition exhibit 225) |
| P-87 |  |  |  |  | Jay Finnerty email to Shannon Miller, 2/24/15 (UM_000008916) |
| P-88 |  |  |  |  | Shannon Miller response to Lendley Black's statements, |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 2/25/15 (UM_000012651-000012653) |
| P-89 |  |  |  | Robert Nygaard email to Josh Berlo, 2/25/15 (UM_000012766-000012770) |
| P-90 |  |  |  | Jay Finnerty email to Betsy Behning, 2/27/15 (UM_000008920-000008921, deposition exhibit 175) |
| P-91 |  |  |  | UMD Queer and Allied Students Union Nomination Letter to the UMD Commission for Women, 3/18/15 (SM 2175-2176) |
| P-92 |  |  |  | Angela Nichols email to Lendley Black, 3/27/15 (UM_000005333-000005334) |
| P-93 |  |  |  | Maura Crowell Employment Agreement, 4/3/15 (UM_000005270-000005281) |
| P-94 |  |  |  | Shannon Miller's Equal Employment Opportunity Commission/Minnesota Department of Human Rights Charge of Discrimination, 4/3/15 (SM 962-964) |
| P-95 |  |  |  | Jacqueline Phillips email to Josh Berlo, 4/15/15 (UM_000001703, deposition exhibit 226) |
| P-96 |  |  |  | Abbey Strong email to Josh Berlo, 4/15/15 (UM_000007148, deposition exhibit 178) |
| P-97 |  |  |  | GLBTQAI Meeting with Chancellor Black minutes, 4/17/15 (UM_000011964-000011968) |
| P-98 |  |  |  | Sue MacDonald email to Josh Berlo, 4/28/15 (UM_000010741-000010743, deposition exhibit 301) |
| P-99 |  |  |  | EEOA notes of meeting with Josh Berlo, 6/2/15 (UM_000000459-000000466, deposition exhibit 230) |
| P-100 |  |  |  | Shannon Miller EEOC Notice of Right to Sue, 7/6/15 (SM 970-971) |
| P-101 |  |  |  | EEOA notes from telephone call with Kristina D'Allaird, 8/10/15 (UM_000000489, deposition exhibit 330) |
| P-102 |  |  |  | Abbey Strong memo to Josh Berlo and Karen Stromme, 8/19/15 (UM_000001960, deposition exhibit 276) |
| P-103 |  |  |  | Josh Berlo email to Tina Marisam, 8/21/15 (UM_000001533) |
| P-104 |  |  |  | Kimberly Hewitt letter to Josh Berlo and Chancellor Black, |

| | | | | |
|---|---|---|---|---|
| | | | | 9/9/15 (UM_000001068-000001070, deposition exhibit 256) |
| P-105 | | | | Lendley Black email to Lynne Williams, 9/11/15 (UM_000007754-000007756) |
| P-106 | | | | Robert Nygaard letter to Kimberly Hewitt, 9/23/15 (UM_000001058, deposition exhibit 325) |
| P-107 | | | | Lendley Black email to David McMillan, 9/27/15 (UM_000012182-000012185) |
| P-108 | | | | Todd Rapp email to Lynne Williams and Lendley Black, 9/27/15 (UM_000012058-000012060) |
| P-109 | | | | Lendley Black email to Todd Rapp, 9/28/15 (UM_000012063-000012067) |
| P-110 | | | | Lendley Black letter to Robert Nygaard, 9/28/15 (UM_000011326, deposition exhibit 327) |
| P-111 | | | | Rankin & Associates, Consulting Executive Summary of Assessment of UMD Climate for Learning, Living, and Working, September 2016 (deposition exhibit 259) |
| P-112 | | | | Duluth News Tribune article, UMD examines campus climate survey results, 9/13/16 (deposition exhibit 260) |
| P-113 | | | | U.S. College Hockey Online Women's Division 1 Hockey Attendance records, 2010-11 through 2016-2017 (deposition exhibit 251) |
| P-114 | | | | U.S. College Hockey Online Year-by-Year Coaching Records of Shannon Miller and Scott Sandelin, 6/3/15 (UM_000001781-000001782, deposition exhibit 252) |
| P-115 | | | | UMD Men's Hockey compared to Women's Hockey, FY15 data run on 1/14/15 (SM 1202, deposition exhibit 267) |
| P-116 | | | | "Bulldog Country" on My9 2014-15 Guest Schedule, and KQ Morning Show UMD Bulldog Blitz Schedule (SM 1064-1065, deposition exhibit 274) |
| P-117 | | | | UMD Athletic Department Donor spreadsheet, FY 2010-2015, (UM_000012708-000012713, deposition exhibit 306) |
| P-118 | | | | UMD Coaching Comparison of Shannon Miller and Scott Sandelin, 3/1/15 (SM 1162, deposition exhibit 346) |

8

|       |   |   |   |                                                                                                                   |
|-------|---|---|---|-------------------------------------------------------------------------------------------------------------------|
| P-119 |   |   |   | Scott Sandelin Employment Agreement, 6/1/09 (UM_000010044-000010052, deposition exhibit 347)                      |
| P-120 |   |   |   | Scott Sandelin Employment Agreement, 5/16/11 (UM_000005239-000005248, deposition exhibit 348)                     |
| P-121 |   |   |   | Scott Sandelin Amendment to Employment Agreement, 3/23/16 (UM_000013000-000013004, deposition exhibit 349)        |
| P-122 |   |   |   | UMD Men's Hockey Scott Sandelin Salary and Fringe Benefits, 2010 through 2015 (UM_000013885, deposition exhibit 352) |
| P-123 |   |   |   | Men's Hockey Program budget, June FY15 (UM_000002405-000002406, deposition exhibit 353)                           |
| P-124 |   |   |   | Men's Hockey Program budget, August FY15 (UM_000013812, deposition exhibit 354)                                   |
| P-125 |   |   |   | University of Minnesota Board of Regents Policy, Code of Conduct (deposition exhibit 234)                         |
| P-126 |   |   |   | Equal Opportunity Statement, signed by Eric Kaler (deposition exhibit 235)                                        |
| P-127 |   |   |   | University of Minnesota Board of Regents Policy, Equity, Diversity, Equal Opportunity, and Affirmative Action (deposition exhibit 236) |
| P-128 |   |   |   | Notre Dame Magazine, Informed heckling (SM 76-77, deposition exhibit 201)                                         |
| P-129 |   |   |   | Shannon Miller letters seeking employment, 2015-2018 (SM 1858-1868, 2038-2044, 2879-2883, 2889, 2891-2902)        |
| P-130 |   |   |   | Photograph of UMD Women's Hockey team visit to the White House                                                    |
| P-131 |   |   |   | Photograph collage of UMD Women's Hockey National Champions visits to the White House                             |
| P-132 |   |   |   | Materials reviewed by Dr. Donna Lopiano, B.S., M.A., Ph.D.                                                        |
| P-133 |   |   |   | Materials reviewed by Arthur H. Cobb, M.A., B.B.A.                                                                |

9

| | | | | |
|---|---|---|---|---|
| P-134 | | | | Chart of lost compensation, lost benefits, and costs (page 3) (as revised in Revised Cobb Report) |
| P-135 | | | | Summary of Miller's May 19, 2014 Performance Evaluation Summary and Reappointment Notice (page 9) |
| P-136 | | | | Chart of Division I women's ice hockey championships, 1997-2016 (page 28) |
| P-137 | | | | Chart of estimated compensation for Miller, years 2015-2033 (page 44) (as revised in Revised Cobb Report) |
| P-138 | | | | Chart of UMD Pay Per Win for Miller, 2010 through 2015 (p. 3, ¶ 7) |
| P-139 | | | | Chart of Pay Per Win for Sandelin, 2010-2015 (p. 6, ¶ 9) |
| P-140 | | | | Chart of Pay Per Win for Miller, 2010-2015 (p. 6, ¶ 9) |
| P-141 | | | | Chart of Difference Between UMD Salary Expenditures on Men's and Women's Sport Coaching Staffs: 2014-15 to 2015-16 (Lopiano Supplemental Report, Table 3, p. 11) |
| P-142 | | | | Chart of Recruiting Allocations for UMD Men's and Women's Ice Hockey As a Percent of Total Recruiting Expense 2010-11 through 2014-15 (Lopiano Supplemental Report, Table 7, p. 12) |

Dated:  February 16, 2018          **SIEGEL & YEE**

                                                     By:   /s/ *Dan Siegel*

                                      Daniel M. Siegel (admitted *pro hac vice*)
                                      Jane Brunner (admitted *pro hac vice*)
                                      475 14th Street, Suite 500
                                      Oakland, CA 94612
                                      dansiegel@siegelyee.com
                                      janebrunner@siegelyee.com
                                      jalle@siegelyee.com
                                      (510) 839-1200

                                      **FAFINSKI MARK & JOHNSON, P.A.**
                                      Donald Chance Mark, Jr., Reg. No. 67659
                                      Andrew T. James, Reg. No. 0390982

Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
donald.mark@fmjlaw.com
andrew.james@fmjlaw.com
(952) 995-9500

**Attorneys for Plaintiff
Shannon Miller**