# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, | COURT MINUTES - CIVIL |
| | BEFORE: Patrick J. Schiltz |
| Plaintiff, | U.S. District Judge |
| v. | Case No:  15-CV-3740 (PJS/LIB) |
| | Date:  March 5, 2018 |
| The Board of Regents of the University of Minnesota, | Court Reporter:  Debra Beauvais |
| | Courthouse:  Duluth |
| | Courtroom:  1 |
| Defendant. | Time Commenced:  10:00 a.m. |
| | Time Concluded:  12:55 p.m. |
| | Sealed Hearing Time: |
| | Time in Court:  2 Hours & 55 Minutes |

Hearing on: **Final Pretrial Conference**

APPEARANCES:
  Plaintiff:   Andrew James, Daniel Siegel, Donald Mark, Jane Brunner
  Defendant:   Timothy Pramas, Katherine Swenson, Jeanette Bazis

PROCEEDINGS:

☒ Final pretrial conference held.

s/C. Glover<br>Courtroom Deputy