UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Board of Regents of the University of Minnesota,<br><br>　　　　Defendant. | Case No.  15-cv-3740 (RHK/LIB)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY JALLE DAFA** |

TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 83.7, please take notice that Jalle Dafa is no longer associated with Siegel, Yee & Brunner and is hereby withdrawn as counsel of record for plaintiff Shannon Miller. Plaintiff requests that Ms. Dafa be removed from all applicable service lists, including for Notice of Electronic Filing. All other counsel of record for plaintiff remains unchanged.

Dated:  March 5, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SIEGEL, YEE & BRUNNER

　　　　　　　　　　　　　　　　　　　　By:　  /s/ *Dan Siegel*

　　　　　　　　　　　　　　　　　　　　Daniel M. Siegel (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Jane Brunner (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　475 14th Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Oakland, CA 94612
　　　　　　　　　　　　　　　　　　　　dansiegel@siegelyee.com
　　　　　　　　　　　　　　　　　　　　janebrunner@siegelyee.com
　　　　　　　　　　　　　　　　　　　　(510) 839-1200

　　　　　　　　　　　　　　　　　　　　FAFINSKI MARK & JOHNSON, P.A.
　　　　　　　　　　　　　　　　　　　　Donald Chance Mark, Jr., Reg. No. 67659

Andrew T. James, Reg. No. 0390982
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
donald.mark@fmjlaw.com
andrew.james@fmjlaw.com
(952) 995-9500

Attorneys for Plaintiff
Shannon Miller