# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Shannon Miller,

        Plaintiff,

v.

The Board of Regents of the University of Minnesota,

        Defendant.

## COURT MINUTES
Case Number: 15-CV-3740 (PJS/LIB)

| | |
|---|---|
| Date: | March 9, 2018 |
| Court Reporter: | Debra Beauvais |
| Courthouse: | Duluth |
| Courtroom: | 1 |
| Time Commenced: | 8:16 a.m./1:24 p.m. |
| Time Concluded: | 12:03 p.m./4:32 p.m. |
| Sealed Hearing Time: | |
| Time in Court: | 6 Hours & 55 Minutes |

Trial before Patrick J. Schiltz, United States District Judge, at Duluth, Minnesota.

## APPEARANCES:

  For Plaintiff:    Dan Siegel, Donald Mark, Jane Brunner, Andrew James
  For Defendant:  Jeanette Bazis, Katherine Swenson, Timothy Pramas

## PROCEEDINGS:

- ☐ **Jury Selection.**
- ☐ **JURY Trial - Began**.
- ☐ **JURY Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☒ **JURY Trial Held.**
- ☒ Trial continued to Monday, March 12, 2018 at 8:30 a.m.
- ☒ Plaintiff's witnesses: Josh Berlo, Karen Stromme, Ira Salmela, Jamie Kenyon Plesha, Heather Miller, Shannon Miller
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests.    ☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict.  IT IS ORDERED: to separate and to return and resume deliberations on.

- ☐ Verdict Rec'd at for:
  - ☐ Plaintiff
  - ☐ Defendant

- ☐ Court's Ruling:
  - ☐ Judgment in favor of Plaintiff.
  - ☐ Judgment in favor of Defendant.

IT IS ORDERED:

- ☐ Oral motion to dismiss for judgment as a matter of law.
- ☐ Clerk to file Verdict and enter Judgment.
- ☐ Clerk to file Verdict, but withhold entry of Judgment until further order.
- ☐ Clerk to file Order.
- ☐ Clerk to file Order and enter Judgment.
- ☐ Clerk to enter Judgment.
- ☐ Written order forthcoming.
- ☐ Case submitted.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☐ Exhibits returned to counsel or parties.

    s/C. Glover
Signature of Courtroom Deputy