UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

**Chambers of**
**PATRICK J. SCHILTZ**
**DISTRICT JUDGE**

United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
(612) 664-5480

April 9, 2018

Ms. Katherine M. Swenson                                               **VIA CM/ECF**
Greene Espel PLLP
222 South Ninth Street – Suite 2200
Minneapolis, MN 55402-3362

    Re:    Shannon Miller v. Board of Regents of the University of Minnesota
            Case No. 15-CV-3740 (PJS/LIB)

Dear Ms. Swenson:

    I write in response to your letter of April 6, 2018.

    My policy regarding contacts with jurors is as follows:  I do not forbid attorneys to contact jurors.  At the same time, I do not provide contact information to attorneys.  Moreover, when I speak to jurors after trials, I discourage them from talking with anyone who contacts them about the case.

    In short, you may contact the jurors, but you will have to locate contact information for them on your own, and you may not find many jurors who are willing to speak to you.

                                           Sincerely,

                                           s/Patrick J. Schiltz
                                           Patrick J. Schiltz
                                           United States District Judge