UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHANNON MILLER,                                    Case No. 15-CV-3740 (PJS/LIB)

        Plaintiff,

v.                                                                     ORDER

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MINNESOTA,

        Defendant.

IT IS HEREBY ORDERED THAT:

1. The stay [ECF No. 578] is LIFTED.

2. Plaintiff's memorandum on the issue of front pay is due on or before Monday, July 30, 2018.

3. Defendant's response is due on or before Monday, August 20, 2018.

4. Plaintiff's reply, if any, is due on or before Monday, September 10, 2018.

5. Collectively, each side's memoranda may not exceed 6,000 words.

6. No hearing will be held unless the Court orders otherwise.

7. After resolving the issue of front pay, the Court will enter judgment. Any motions for judgment as a matter of law, new trial, remittitur, pre- or post-judgment interest, or attorney's fees should be filed post-judgment in

accordance with the Federal Rules of Civil Procedure and the Local Rules of this District.

Dated: May 30, 2018    s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge