# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Shannon Miller, et al., | ) | COURT MINUTES – CIVIL |
| | ) | BEFORE:  KATE MENENDEZ |
| Plaintiff(s), | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No:                     15-cv-3740-PJS-LIB |
| | ) | Date:                          5/29/18 |
| Board of Regents of the University of Minnesota, | ) | Courthouse:              Minneapolis |
| | ) | Courtroom:               Courtroom 8E |
| Defendant(s). | ) | Recording:                 n/a |
| | ) | Time Commenced:  9:00 a.m. |
| | ) | Time Concluded:    6:10 p.m. |
| | ) | Time in Court:         9 Hours & 10 Minutes |
| | ) | |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

Plaintiff:    Anne Butterfield Weills, Sharon L. Van Dyck, Andrew T. James, Donald
            Chance Mark, Jr., Daniel M. Siegel

Defendant:   Timothy J. Pramas, Douglas R. Peterson, Jeanette M. Bazis, Katherine M.
            Swenson

**PROCEEDINGS:**

The Court held a settlement conference.   Although no settlement was reached, counsel will consult with one another over the next several days about how to continue with productive negotiations.  On or before June 8, 2018, counsel will update the Court about those discussions and any recommendations for how the Court can help foster ongoing settlement talks.

*s/Kathy Thobe*
Judicial Assistant/Calendar Clerk