UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SHANNON MILLER, JEN BANFORD, and ANNETTE WILES,

Plaintiffs,

v.

THE BOARD OF REGENTS OF THE UNIVERSITY OF MINNESOTA,

Defendant.

Case No. 15-CV-3740 (PJS/LIB)

ORDER

---

Daniel Mark Siegel, Jalle Dafa, and Jane E. Brunner, SIEGEL & YEE; Sharon L. Van Dyck, Donald Chance Mark, Jr., Andrew T. James, Christopher R. Sall, and Tyler P. Brimmer, FAFINSKI MARK & JOHNSON, P.A., for plaintiffs.

Timothy Joseph Pramas and William P. Donohue, UNIVERSITY OF MINNESOTA OFFICE OF GENERAL COUNSEL; Jeanette M. Bazis, Katherine M. Swenson, and Jenny Gassman-Pines, GREENE ESPEL PLLP, for defendant.

The Defendant's counsel has ordered the trial transcript be produced within 30 days. Due to the court reporter being in trial on another case and her current workload, she is unable to meet this deadline.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the court reporter is granted a 14-day extension to produce the full trial transcript.

Dated: June 28, 2018                                s/Patrick J. Schiltz
                                                    Patrick J. Schiltz
                                                    United States District Judge