# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| Shannon Miller, et al., | **COURT MINUTES** |
| | BEFORE: Kate Menendez |
| Plaintiff(s), | U.S. Magistrate Judge |
| v. | |
| | Case No:    15-cv-3740-PJS-KMM |
| Board of Regents of the University of Minnesota, | Date:    7/19/18 |
| | Location:    Telephonic |
| | Time Commenced:    11:00 a.m. |
| Defendant(s). | Time Concluded:    11:45 a.m. |
| | Time in Court:    45 Minutes |

APPEARANCES:

For Plaintiff:   No Appearance
For Defendant:   Jeanette M. Bazis, Katherine M. Swenson, Timothy J. Pramas, Douglas R. Peterson

Magistrate Judge Menendez held a confidential telephonic discussion with counsel for the defendants in this litigation to discuss settlement. The Court will be having a similar discussion with the plaintiffs' counsel next week.

*s/Kathy Thobe*
Judicial Assistant/Calendar Clerk