# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| Shannon Miller, et al., | **COURT MINUTES** |
| Plaintiff(s), | BEFORE: Kate Menendez<br>U.S. Magistrate Judge |
| v. | |
| Board of Regents of the University of Minnesota, | Case No:  15-cv-3740-PJS-KMM<br>Date:  7/25/18<br>Location:  Telephonic<br>Time Commenced:  2:30 p.m. |
| Defendant(s). | Time Concluded:  3:21 p.m.<br>Time in Court:  51 Minutes |

APPEARANCES:

For Plaintiff:   Daniel M. Siegel, Donald C. Mark, Jr., Sharon L. Van Dyck
For Defendant:  No Appearance

The Court held a telephonic conference with counsel for the plaintiffs in this litigation to discuss whether to schedule a second settlement conference or otherwise engage in formal settlement discussions. At this time, the Court will not schedule any further settlement efforts.

*s/Kathy Thobe*
Judicial Assistant/Calendar Clerk