# UNITED STATES DISTRICT COURT
## District of Minnesota

Shannon Miller,

                Plaintiff(s),

v.

The Board of Regents of the University of Minnesota,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-CV-3740 (PJS/LIB)

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's motion for reinstatement or front pay [ECF No. 601] is GRANTED IN PART and DENIED IN PART.

2. Plaintiff shall recover from defendant the total sum of $4,206,110, consisting of (1) $461,278 in front pay and future benefits; (2) $ 744,832 in back pay and past benefits; and (3) $3,000,000 in other past damages.

Date: 2/13/2019

KATE M. FOGARTY, CLERK

s/M. Price
(By)   M. Price, Deputy Clerk