UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SHANNON MILLER,                                  Case No. 15-CV-03740 (PJS/LIB)

      Plaintiff,

v.                                                              ORDER

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MINNESOTA,

      Defendant.

---

Plaintiff Shannon Miller has filed a motion for attorney's fees and non-taxable costs pursuant to Fed. R. Civ. P. 54(d).  In accordance with D. Minn. L.R. 54.3(b), the Court orders briefing as follows:

1. Plaintiff's initial brief and any supporting materials must be filed no later than March 20, 2019.

2. Defendant's response and any supporting materials must be filed no later than April 10, 2019.  Defendant's brief may not exceed 7,500 words.

3. Plaintiff's reply, if any, must be filed no later than April 24, 2019.

   Plaintiff's initial and reply briefs, combined, may not exceed 7,500 words.

Dated: February 28, 2019                        s/Patrick J. Schiltz
                                                             Patrick J. Schiltz
                                                             United States District Judge