# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, Jen Banford, and Annette Wiles,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>The Board of Regents of the University of Minnesota,<br><br>　　　　　　　　　　　Defendant. | Case No. 15-cv-03740 (PJS/LIB)<br><br>**STIPULATION TO AMEND THE COURT'S BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS** |

The parties to this action, by their respective counsel, hereby stipulate to amend the briefing schedule for Plaintiff Shannon Miller's motion for attorney's fees and non-taxable costs, as set forth in the Court's February 28, 2019 Order (ECF 619), to allow additional time for the parties to prepare their briefs in connection with Plaintiff Shannon Miller's motion for attorney's fees, as follows:

1.　Plaintiff's initial brief and any supporting materials must be filed no later than April 5, 2019.

2.　Defendant's response and any supporting materials must be filed no later than May 9, 2019. Defendant's brief may not exceed 7,500 words.

3.　Plaintiff's reply, if any, must be filed no later than May 24, 2019. Plaintiff's initial and reply briefs, combined, may not exceed 7,500 words.

The parties respectfully request that the Court enter the accompanying proposed order amending the briefing schedule in order to accommodate counsel's spring break family vacations and other professional obligations.

Dated:  March 8, 2019                                    **FAFINSKI MARK & JOHNSON, P.A.**


                                                         s/ Jane Brunner
                                                         Donald Chance Mark, Jr., Reg. No. 0067659
                                                         Flagship Corporate Center
                                                         775 Prairie Center Drive, Suite 400
                                                         Eden Prairie, MN 55344
                                                         donald.mark@fmjlaw.com
                                                         andrew.james@fmjlaw.com
                                                         (952) 995-9500

                                                         – and –

                                                         Dan Siegel
                                                         Jane Brunner
                                                         SIEGEL & YEE
                                                         475 14th Street, Suite 500
                                                         Oakland, CA 94612
                                                         dansiegel@siegelyee.com
                                                         janebrunner@siegelyee.com
                                                         (510) 839-1200

                                                         *Attorneys for Plaintiff Shannon Miller*

Dated:  March 8, 2019         **GREENE ESPEL PLLP**

 s/ Katherine M. Swenson
Jeanette M. Bazis, Reg. No. 255646
Katherine M. Swenson, Reg. No. 0389280
222 South Ninth Street, Suite 2200
Minneapolis, MN  55402
jbazis@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

– and –

DOUGLAS R. PETERSON
General Counsel
University of Minnesota
By Timothy J. Pramas, Reg. No. 240321
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
pram0001@umn.edu
(612) 624-4100

*Attorneys for Defendant Board of Regents of the University of Minnesota*

3