## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, Jen Banford, and Annette Wiles,<br><br>        Plaintiffs,<br><br>v.<br><br>The Board of Regents of the University of Minnesota,<br><br>        Defendant. | Case No. 15-cv-03740 (PJS/LIB)<br><br>**AMENDED ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS** |

Plaintiff Shannon Miller has filed a motion for attorney's fees and non-taxable costs pursuant to Fed. R. Civ. P. 54(d). Based on the parties' stipulation to amend the Court's briefing schedule for that motion set forth in ECF 619, the Court orders briefing as follows:

1. Plaintiff's initial brief and any supporting materials must be filed no later than April 5, 2019.

2. Defendant's response and any supporting materials must be filed no later than May 9, 2019. Defendant's brief may not exceed 7,500 words.

3. Plaintiff's reply, if any, must be filed no later than May 24, 2019. Plaintiff's initial and reply briefs, combined, may not exceed 7,500 words.

Dated: 3/11/19             s/Patrick J. Schiltz
                      Patrick J. Schiltz
                      United States District Judge