**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Shannon Miller, | Case No.  15-CV-03740 (PJS/LIB) |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO AMEND THE JUDGMENT TO AWARD PRE-JUDGMENT AND POST-JUDGMENT INTEREST** |
| The Board of Regents of the University of Minnesota, | |
| Defendant. | |

---

Plaintiff Shannon Miller hereby moves the United States District Court, District of Minnesota, for an Order amending its Judgment (ECF No 616) to include an award of pre-judgment and post-judgment interest accruing at the statutory rate pursuant to Federal Rule of Civil Procedure 59(e).

        Respectfully submitted,

        **FAFINSKI MARK & JOHNSON, P.A.**

Dated:  March 13, 2019        By: s/ Donald Chance Mark, Jr.
        Donald Chance Mark, Jr. (#0067659)
        Tyler P. Brimmer (#0392700)
        Flagship Corporate Center
        775 Prairie Center Drive, Suite 400
        Eden Prairie, MN 55344
        Telephone: 952.995.9500
        Facsimile:  952.995.9577
        donald.mark@fmjlaw.com
        tyler.brimmer@fmjlaw.com

        **Attorneys for Plaintiff**

        **and**

**SIEGEL, YEE, BRUNNER & MEHTA**
Dan Siegel, *pro hac vice*
Jane Brunner, *pro hac vice*
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: 510.839.1200
dansiegel@siegelyee.com
janebrunner@siegelyee.com

**Attorneys *Pro Hac Vice* for Plaintiff**