# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, Jen Banford, and Annette Wiles,<br><br>Plaintiffs,<br><br>v.<br><br>The Board of Regents of the University of Minnesota,<br><br>Defendant. | Case No. 15-cv-03740 (PJS/LIB)<br><br>**STIPULATION FOR DEFENDANT'S POST-TRIAL MOTION BRIEFING SCHEDULE** |

The parties to this action, by their respective counsel, hereby stipulate to the following briefing schedule for Defendant Board of Regents of the University of Minnesota's renewed motion for judgment as a matter of law, a new trial, or remittitur:

1. Plaintiff Shannon Miller's response brief and any supporting materials must be filed no later than April 17, 2019.

2. Defendant's reply brief, if any, must be filed no later than May 8, 2019.

The parties respectfully request that the Court enter the accompanying proposed order adopting this briefing schedule.

Dated:  March 13, 2019	**SIEGEL & YEE**

<u>s/ Jane Brunner</u>
Dan Siegel
Jane Brunner
475 14th Street, Suite 500
Oakland, CA 94612
dansiegel@siegelyee.com
janebrunner@siegelyee.com
(510) 839-1200

– and –

Donald Chance Mark, Jr., Reg. No. 0067659
Tyler P. Brimmer, Reg. No. 0392700
FAFINSKI MARK & JOHNSON, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
donald.mark@fmjlaw.com
tyler.brimmer@fmjlaw.com
(952) 995-9500

*Attorneys for Plaintiffs Shannon Miller, Jen Banford, and Annette Wiles*

Dated:  March 13, 2019  **GREENE ESPEL PLLP**

<u>s/ Katherine M. Swenson</u>
Jeanette M. Bazis, Reg. No. 255646
Katherine M. Swenson, Reg. No. 0389280
222 South Ninth Street, Suite 2200
Minneapolis, MN  55402
jbazis@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

– and –

DOUGLAS R. PETERSON
General Counsel
University of Minnesota
By Timothy J. Pramas, Reg. No. 240321
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
pram0001@umn.edu
(612) 624-4100

*Attorneys for Defendant Board of Regents of the University of Minnesota*