IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller,<br><br>Plaintiff,<br><br>v.<br><br>The Board of Regents of the<br>University of Minnesota,<br><br>Defendant. | Case No. 15-cv-03740 (PJS/LIB)<br><br>**ORDER REGARDING POST-TRIAL<br>MOTION BRIEFING SCHEDULE** |

Based on the parties' stipulation [ECF No. 632], and Local Rule 7.1(e), the Court orders briefing on Plaintiff's motion to amend the judgment [ECF No. 624] and Defendant's motion for renewed judgment as a matter of law, a new trial, or remittitur [ECF No. 628] as follows:

1. Plaintiff's response and any supporting materials to defendant's motion, and defendant's response and any supporting materials to plaintiff's motion, must be filed no later than April 17, 2019.

2. Plaintiff's and defendant's reply, if any, must be filed no later than May 8, 2019.

Dated:  March 14, 2019             s/Patrick J. Schiltz
                                   Patrick J. Schiltz
                                   United States District Judge