**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Shannon Miller, | Case No. 15-CV-03740 (PJS/LIB) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| The Board of Regents of the University of Minnesota, | |
| Respondent. | |

---

PLEASE TAKE NOTICE that Sharon L. Van Dyck of Van Dyck Law Firm, PLLC, makes her appearance through the Van Dyck Law Firm, PLLC as one of the attorneys for Plaintiff Shannon Miller.

Date: April 16, 2019         VAN DYCK LAW FIRM, PLLC

By: *s/ Sharon L. Van Dyck*
Sharon L. Van Dyck (#0183799)
310 4th Avenue South, Suite 5010
Minneapolis, MN  55415
Telephone:  952.746.1095
sharon@vandycklaw.com

and

FAFINSKI MARK & JOHNSON, P.A.
Donald Chance Mark, Jr. (#0067659)
Tyler P. Brimmer (#0392700)
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
Telephone: 952.995.9500
donald.mark@fmjlaw.com

and

SIEGEL, YEE, BRUNNER & MEHTA
Dan Siegel *(pro hac vice)*
Jane Brunner *(pro hac vice)*
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: 510.839.1200
dansiegel@siegelyee.com
janebrunner@siegelyee.com

ATTORNEYS FOR PLAINTIFF