## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>The Board of Regents of the<br>University of Minnesota,<br><br>　　　　Defendant. | Case No. 15-CV-03740 (PJS/LIB)<br><br><br>**NOTICE OF WITHDRAWAL AND<br>SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that Adina R. Florea of the law firm of Fafinski Mark & Johnson, P.A., is hereby substituted as counsel for Plaintiff Shannon Miller in the above-captioned matter in the place of Christopher R. Sall.  Donald Chance Mark, Jr. and Tyler P. Brimmer of Fafinski Mark & Johnson, P.A. will continue as counsel of record for and on behalf of Plaintiff together with the law firm of Siegel, Yee, Brunner & Mehta.  All future correspondence, pleadings, and notices should be directed to Adina R. Florea at the address listed below.

　　　　　　　　　　　　　　　　　　　　**FAFINSKI MARK & JOHNSON, P.A.**

Dated:  July 23, 2019　　　　　　　By:  s/ Adina R. Florea
　　　　　　　　　　　　　　　　　　　　Donald Chance Mark, Jr. (#0067659)
　　　　　　　　　　　　　　　　　　　　Tyler P. Brimmer (#0392700)
　　　　　　　　　　　　　　　　　　　　Adina R. Florea (#0395026)
　　　　　　　　　　　　　　　　　　　　Flagship Corporate Center
　　　　　　　　　　　　　　　　　　　　775 Prairie Center Drive, Suite 400
　　　　　　　　　　　　　　　　　　　　Eden Prairie, MN 55344
　　　　　　　　　　　　　　　　　　　　Telephone: 952.995.9500
　　　　　　　　　　　　　　　　　　　　*donald.mark@fmjlaw.com*
　　　　　　　　　　　　　　　　　　　　*tyler.brimmer@fmjlaw.com*

　　　　　　　　　　　　　　　　　　　　　　– and –

                                            Dan Siegel, *pro hac vice*
                                            Jane Brunner, *pro hac vice*
                                            SIEGEL, YEE, BRUNNER & MEHTA
                                            499 14th Street, Suite 300
                                            Oakland, CA 94612
                                            Telephone: 510.839.1200
                                            *dansiegel@siegelyee.com*
                                            *janebrunner@siegelyee.com*

                                            ***Attorneys for Plaintiff Shannon Miller***