## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, | Case No. 15-CV-03740 (PJS/LIB) |
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| The Board of Regents of the University of Minnesota, | |
| Defendant. | |

The above matter came before the undersigned on Plaintiff's Motion for Further Consideration of Continued Sealing of attorney billing records filed in connection with Plaintiff Shannon Miller's Motion for Attorneys' Fees and Nontaxable Costs, specifically ECF Nos. ECF Nos. 645, 647, 649, 651, 653, 655, 655-1, 662, 666, 666-1, 677, 682, 682-1, 684, 686, and 688.  Defendant The Board of Regents of the University of Minnesota did not oppose Plaintiff's motion.  For the reasons set forth in Plaintiff's memorandum of law and based upon the arguments of counsel and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. The motion for further consideration of continued sealing of ECF Nos. 645, 647, 649, 651, 653, 655, 655-1, 662, 666, 666-1, 677, 682, 682-1, 684, 686, and 688 is **GRANTED**, and such records shall remain permanently sealed.

BY THE COURT:

Dated: _____, 2019

Leo I. Brisbois
U.S. MAGISTRATE JUDGE