

775 Prairie Center Drive, Suite 400  
Eden Prairie, MN 55344  
P: 952.995.9500

700 North Minnesota Street, Suite B  
New Ulm, MN 56073  
P: 855.806.1525

September 30, 2019

*Via ECF*

The Honorable Patrick J. Schiltz  
United States District Court  
14E U.S. Courthouse  
300 South Fourth Street  
Minneapolis, MN 55415

    Re:   *Shannon Miller v. The Board of Regents of the University of Minnesota*  
             Case No. 15-CV-3740 (PJS/LIB)

Dear Judge Schiltz:

    Thank you for granting plaintiff's request for a ten-day extension in order to allow our client to fully assess her options.

    Coach Miller has decided to accept the court's order in its entirety.

                                      Very truly yours,

                                      /s/ Donald Chance Mark, Jr.

                                      Donald Chance Mark, Jr.

DCMjr:wjf  
cc:    Counsel of Record