UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SHANNON MILLER, | Case No. 15-CV-3740 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER FOR AMENDED JUDGMENT |
| THE BOARD OF REGENTS OF THE UNIVERSITY OF MINNESOTA, | |
| Defendant. | |

Based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the judgment [ECF No. 616] is AMENDED as follows:

1. Plaintiff shall recover damages in the total amount of $1,956,110, which consists of (1) $461,278 in front pay and future benefits; (2) $744,832 in back pay and past benefits; and (2) $750,000 in other past damages.

2. Plaintiff shall recover $71,529.14 in prejudgment interest on the award of backpay and past benefits.

3. Plaintiff shall recover $31,417.81 in post-judgment interest on the damage award for the period from and including February 14, 2019 through and including September 30, 2019.

4. Plaintiff shall recover $2,327,772.63 in attorney's fees and $99,445.55 in non-taxable expenses.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 30, 2019                     s/Patrick J. Schiltz
                                              Patrick J. Schiltz
                                              United States District Judge