# UNITED STATES DISTRICT COURT
## District of Minnesota

Shannon Miller,

                    **AMENDED JUDGMENT IN A CIVIL CASE**

               Plaintiff(s),

v.                                          Case Number: 15-cv-3740 PJS/LIB

The Board of Regents of the University of Minnesota,

               Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff shall recover damages in the total amount of $1,956,110, which consists of (1) $461,278 in front pay and future benefits; (2) $744,832 in back pay and past benefits; and (2) $750,000 in other past damages.

2. Plaintiff shall recover $71,529.14 in prejudgment interest on the award of backpay and past benefits.

3. Plaintiff shall recover $31,417.81 in post - judgment interest on the damage award for the period from and including February 14, 2019 through and including September 30, 2019.

4. Plaintiff shall recover $2,327,772.63 in attorney's fees and $99,445.55 in non - taxable expenses.

Date: 9/30/2019                                        KATE M. FOGARTY, CLERK

                                                                   s/M. Price
                                                      (By)   M.Price, Deputy Clerk