# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, Jen Banford, and Annette Wiles,<br><br>         Plaintiffs,<br><br>v.<br><br>The Board of Regents of the University of Minnesota,<br><br>         Defendant. | Case No. 15-cv-03740 (PJS/LIB)<br><br>**DEFENDANT'S MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL** |

  Defendant Board of Regents of the University of Minnesota ("Defendant"), pursuant to Federal Rule of Appellate Procedure 4(a)(5), seeks an extension of time to file a notice of appeal to the Eighth Circuit, to October 17, 2019.

  This motion is based upon the accompanying memorandum of law and evidence filed, and any further evidence and argument to be presented at or before any hearing on the motion, and all of the files, records, and proceedings herein.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  October 4, 2019 | **GREENE ESPEL PLLP** |

s/Jeanette M. Bazis
Jeanette M. Bazis, Reg. No. 255646
Katherine M. Swenson, Reg. No. 0389280
222 South Ninth Street, Suite 2200
Minneapolis, MN  55402
jbazis@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

– and –

DOUGLAS R. PETERSON
General Counsel
University of Minnesota
By Timothy J. Pramas, Reg. No. 240321
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
donohue@umn.edu
pram0001@umn.edu
(612) 624-4100

*Attorneys for Defendant Board of Regents of the University of Minnesota*