### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, Jen Banford, and Annette Wiles, | Case No. 15-cv-03740 (PJS/LIB) |
| Plaintiffs, | **NOTICE OF HEARING** |
| v. | |
| The Board of Regents of the University of Minnesota, | |
| Defendant. | |

PLEASE TAKE NOTICE that at a date and time to be determined by the Court, before the Honorable Patrick J. Schiltz, the Defendant will move the Court, pursuant to Federal Rule of Appellate Procedure 4(a)(5), for an Order extending the time to file a notice of appeal to the Eighth Circuit, to October 17, 2019. The Defendant does not seek oral argument on the motion.

Respectfully submitted,

Dated:  October 4, 2019	**GREENE ESPEL PLLP**


s/Jeanette M. Bazis
Jeanette M. Bazis, Reg. No. 255646
Katherine M. Swenson, Reg. No. 0389280
222 South Ninth Street, Suite 2200
Minneapolis, MN  55402
jbazis@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

– and –

DOUGLAS R. PETERSON
General Counsel
University of Minnesota
By Timothy J. Pramas, Reg. No. 240321
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
donohue@umn.edu
pram0001@umn.edu
(612) 624-4100

*Attorneys for Defendant Board of Regents of the University of Minnesota*