IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, Jen Banford, and Annette Wiles,<br><br>           Plaintiffs,<br><br>v.<br><br>The Board of Regents of the University of Minnesota,<br><br>           Defendant. | Case No. 15-cv-03740 (PJS/LIB)<br><br>**MEET AND CONFER STATEMENT** |

I, Jeanette M. Bazis, representing Defendant Board of Regents of the University of Minnesota, hereby certify that:

Timothy Pramas met and conferred with the opposing party on October 4, 2019, by email. As a result of the meet-and-confer, the parties:

(Check the box that applies.)

☐     Do **not** agree on the resolution of any part of the motion.

☒     Agreed on all or part of the motion: Plaintiffs do not object to the University's efforts to seek additional time to file its notice of appeal to the Eighth Circuit.

                                            Respectfully submitted,

Dated:  October 4, 2019          **GREENE ESPEL PLLP**

                                            <u>s/Jeanette M. Bazis</u>
                                            Jeanette M. Bazis, Reg. No. 255646
                                            Katherine M. Swenson, Reg. No. 0389280
                                            222 South Ninth Street, Suite 2200
                                            Minneapolis, MN  55402
                                            jbazis@greeneespel.com
                                            kswenson@greeneespel.com
                                            (612) 373-0830

                                                       – and –

                                            DOUGLAS R. PETERSON
                                            General Counsel
                                            University of Minnesota
                                            By Timothy J. Pramas, Reg. No. 240321
                                            Senior Associate General Counsel
                                            360 McNamara Alumni Center
                                            200 Oak Street S.E.
                                            Minneapolis, MN 55455
                                            donohue@umn.edu
                                            pram0001@umn.edu
                                            (612) 624-4100

                                            *Attorneys for Defendant Board of Regents of the University of Minnesota*