## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, Jen Banford, and Annette Wiles, | Case No. 15-cv-03740 (PJS/LIB) |
| Plaintiffs, | **ORDER** |
| v. | |
| The Board of Regents of the University of Minnesota, | |
| Defendant. | |

The above matter came before the undersigned on Defendant's Motion for Extension of Time to File Notice of Appeal. For the reasons set forth in Defendant's memorandum of law and based upon the arguments of counsel and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

1.    The motion [ECF No. 705] is GRANTED.

2.    Defendant shall have until October 17, 2019, to file an appeal to the Eighth Circuit.

Dated: October 7, 2019          BY THE COURT:

     s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Court Judge