# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, Jen Banford, and Annette Wiles, <br><br> Plaintiffs, <br><br> v. <br><br> The Board of Regents of the University of Minnesota, <br><br> Defendant. | **NOTICE OF APPEAL** <br><br> **CIVIL ACTION NO. 15-cv-3740 (PJS/LIB** |

## **NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that all of the above-named Plaintiffs—Shannon Miller, Jen Banford, and Annette Wiles—in the above-captioned case appeal to the United States Court of Appeals for the Eighth Circuit.

The above-named Plaintiffs appeal from:

1. a Judgment of the United States District Court for the District of Minnesota entered on February 13, 2019 [ECF 616]; and

2. an underlying order filed February 13, 2019 [ECF 615] granting Plaintiff Shannon Miller' motion for reinstatement or front pay in part and denying it in part [ECF 601]; and

3. an underlying order filed February 1, 2018, which dismissed all Banford's and Wiles' federal claims with prejudice on the merits, dismissed Miller's federal sexual-orientation claims under Title VI with prejudice on the merits, and dismissed all Plaintiffs'-state claims without prejudice pursuant to Fed. R. Civ. P. 56 [ECF 501]; and

1

4. an order filed September 6, 2019 [ECF 699] which disposed of the last remaining post-trial motion within the meaning of Fed. R. Civ. P. 4(a)(4); and

5. an Amended Judgment of the United States District Court for the District of Minnesota entered on September 30, 2019 [ECF 704].

Date: October 7, 2019    VAN DYCK LAW FIRM, PLLC

By: /s/ *Sharon L. Van Dyck*
Sharon L. Van Dyck (#0183799)
310 4th Avenue South, Suite 5010
Minneapolis, MN  55415
Telephone:  952.746.1095
sharon@vandycklaw.com

and

FAFINSKI MARK & JOHNSON, P.A.
Donald Chance Mark, Jr. (#0067659)
Tyler P. Brimmer (#0392700)
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
Telephone: 952.995.9500
donald.mark@fmjlaw.com

and

SIEGEL, YEE, BRUNNER & MEHTA
Dan Siegel *(pro hac vice)*
Jane Brunner *(pro hac vice)*
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: 510.839.1200
dansiegel@siegelyee.com
janebrunner@siegelyee.com

ATTORNEYS FOR PLAINTIFF