

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse<br>316 North Robert Street, Suite 100<br>St. Paul, MN  55101<br>(651) 848-1100 | U.S. Courthouse<br>300 South Fourth Street<br>Suite 202<br>Minneapolis, MN 55415<br>(612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse<br>515 West First Street, Suite 417<br>Duluth, MN 55802<br>(218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building<br>118 South Mill Street, Suite 212<br>Fergus Falls, MN  56537<br>(218) 739-5758 |

## TRANSMITTAL OF APPEAL

Date:   October 8, 2019

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  M. Price, U.S. District Court-Minnesota

In Re:  District Court Case No.:  15-cv-3740 PJS/LIB)
Eighth Circuit Case No.:  Not yet assigned
Case Title:  Miller et al v. Board of Regents of the University of Minnesota

The statutory filing fee has:
☒ been paid, receipt number: AMNDC-7194673
☐ not been paid as of
   IFP   ☐ is   ☐ is not pending
☐ been waived because:
   ☐ Application for IFP granted    ☐ USA filed appeal

Length of Trial:  8 days

Was a court reporter utilized?   ☒ Yes   ☐ No
If yes, please identify the court reporter:
Name:  Debra Beauvais 612-664-5102 and Lori Simpson 651-848-1225

: