IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Miller, Jen Banford, And Annette Wiles, | Case No. 15-cv-03740 (PJS/LIB) |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| The Board of Regents of the University of Minnesota, | |
| Defendant. | |

Pursuant to Federal Rule of Appellate Procedure 3(c)(1) and 4(a)(3), notice is hereby given that Defendant Board of Regents of the University of Minnesota ("the University") appeals to the United States Court of Appeals for the Eighth Circuit.

The University appeals from (in chronological order):

1. An order of the district court filed March 6, 2018 [ECF 559], ruling on the parties' motions in limine;

2. An order of the district court filed February 13, 2019 [ECF 615], granting in part Plaintiff Shannon Miller's ("Miller") motion for reinstatement or front pay, and ordering entry of judgment;

3.       A judgment of the district court entered on February 13, 2019 [ECF 616];

4.       An order of the district court filed September 6, 2019 [ECF 699], denying in part the University's motion for judgment as a matter of law, a new trial, or remittitur, granting in part Miller's motion to amend the judgment, and granting Miller's motion for attorney's fees and non-taxable costs (which disposed of the last remaining post-trial motion, per Federal Rule of Civil Procedure 4(a)(4)); and

5.       An amended judgment of the district court entered on September 30, 2019 [ECF 704].

Dated: October 21, 2019    **GREENE ESPEL PLLP**

    s/ Katherine M. Swenson
Jeanette M. Bazis, Reg. No. 0255646
Katherine M. Swenson. Reg. No. 0389290
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
jbazis@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

    - and –

DOUGLAS R. PETERSON
General Counsel
University of Minnesota
By Timothy J. Pramas, Reg. No. 240321
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
pram0001@umn.edu
(612) 624-4100

*Attorneys for Defendant Board of Regents of the University of Minnesota*