# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3277

_____

Shannon Miller; Jen Banford; Annette Wiles

Plaintiffs - Appellees

v.

The Board of Regents of the University of Minnesota

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota
(0:15-cv-03740-PJS)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

June 25, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Michael E. Gans