# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| Shannon Miller, et al., | **COURT MINUTES** |
| Plaintiff(s), | BEFORE: Kate Menendez |
| v. | U.S. Magistrate Judge |
| Board of Regents of the University of Minnesota, | Case No: 15-cv-3740-PJS-LIB |
| | Date: 7/20/2020 |
| | Location: Telephonic |
| | Time Commenced: 9:00 a.m. |
| Defendant(s). | Time Concluded: 9:13 a.m. |
| | Time in Court: 13 Minutes |

APPEARANCES:

For Plaintiff:    Daniel M. Siegel, Donald C. Mark, Jr., Sharon L. Van Dyck
For Defendant:    Timothy J. Pramas, Jeanette M. Bazis

Magistrate Judge Menendez held a telephonic status conference to discuss next steps in this matter.

*s/Kathy Thobe*
Judicial Assistant/Calendar Clerk