UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Shannon Miller, | Case No. 15-CV-03740 (PJS/LIB) |
| Plaintiff, | |
| vs. | |
| The Board of Regents of the University of Minnesota, | NOTICE OF WITHDRAWAL OF COUNSEL |
| Defendant. | |

---

**PLEASE TAKE NOTICE** that pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Adina R. Florea withdraws as counsel for Plaintiff in the above-entitled matter. Donald Chance Mark, Jr. and Tyler P. Brimmer of Fafinski Mark & Johnson, P.A. will continue as counsel of record for and on behalf of Plaintiff together with the law firm of Siegel, Yee, Brunner & Mehta.

**FAFINSKI MARK & JOHNSON, P.A.**

Dated: October 14, 2020        By: s/ Adina R. Florea
                                            Donald Chance Mark, Jr. (#0067659)
                                            Tyler P. Brimmer (#0392700)
                                            Adina R. Florea (#0395026)
                                            Flagship Corporate Center
                                            775 Prairie Center Drive, Suite 400
                                            Eden Prairie, MN 55344
                                            Telephone: 952.995.9500
                                            *donald.mark@fmjlaw.com*
                                            *tyler.brimmer@fmjlaw.com*

                                                – and –

                                    Dan Siegel, *pro hac vice*
                                    Jane Brunner, *pro hac vice*
                                    SIEGEL, YEE, BRUNNER & MEHTA
                                    499 14th Street, Suite 300
                                    Oakland, CA 94612
                                    Telephone: 510.839.1200
                                    *dansiegel@siegelyee.com*
                                    *janebrunner@siegelyee.com*

**Attorneys for Plaintiff Shannon Miller**