IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jen Banford and Annette Wiles, | Case No. 15-cv-03740 (PJS/LIB) |
| Plaintiffs, | |
| v. | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| The Board of Regents of the University of Minnesota, | |
| Defendant. | |

Defendant the Board of Regents of the University of Minnesota moves the Court, pursuant to Federal Rule of Civil Procedure 56(a), for summary judgment on all of the remaining claims asserted by Plaintiffs Jen Banford and Annette Wiles that were revived by *Bostock v. Clayton County*, 140 S. Ct. 1731 (2020), namely: (1) Banford's claims that she was terminated from her hockey-operations position, experienced a hostile work environment, and was constructively discharged from her softball position on the basis of sex as interpreted by *Bostock*; and (2) Wiles' claims that she was constructively discharged and experienced a hostile work environment on the basis of sex as interpreted by *Bostock*.

This motion is based upon the memorandum of law and accompanying evidence filed herewith, and any further evidence and argument to be presented at or before the hearing, and all of the files, records and proceedings herein.

Dated:  October 26, 2020                    **GREENE ESPEL PLLP**

                                                 s/ Jeanette M. Bazis
Jeanette M. Bazis, Reg. No. 0255646
Katherine M. Swenson. Reg. No. 0389290
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
jbazis@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

                                                   - and –

DOUGLAS R. PETERSON
General Counsel
University of Minnesota
By Timothy J. Pramas, Reg. No. 240321
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
pram0001@umn.edu
(612) 624-4100

*Attorneys for Defendant Board of Regents of the University of Minnesota*