## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jen Banford and Annette Wiles,<br><br>                              Plaintiffs,<br><br>v.<br><br>The Board of Regents of the University of Minnesota,<br><br>                              Defendant. | Case No. 15-cv-03740 (PJS/LIB)<br><br>**DEFENDANT'S NOTICE OF HEARING ON ITS RENEWED MOTION FOR SUMMARY JUDGEMENT** |

PLEASE TAKE NOTICE that on December 7, 2020, at 8:30 a.m. or as soon thereafter as counsel may be heard, before the Honorable Patrick J. Schiltz, via videoconference, Defendant The Board of Regents of the University of Minnesota will move the Court for summary judgment on all of the remaining claims asserted by Plaintiffs Jen Banford and Annette Wiles.

Dated: October 26, 2020     **GREENE ESPEL PLLP**

    s/ Jeanette M. Bazis
Jeanette M. Bazis, Reg. No. 0255646
Katherine M. Swenson. Reg. No. 0389290
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
jbazis@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

    - and –

DOUGLAS R. PETERSON
General Counsel
University of Minnesota
By Timothy J. Pramas, Reg. No. 240321
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
pram0001@umn.edu
(612) 624-4100

*Attorneys for Defendant Board of Regents of the University of Minnesota*