IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jen Banford and Annette Wiles,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>The Board of Regents of the<br>University of Minnesota,<br><br>　　　　　　　　　　Defendant. | Case No. 15-cv-03740 (PJS/LIB)<br><br>**DECLARATION OF MAURA CROWELL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, MAURA CROWELL, hereby declare as follows:

1. I am the Head Coach of Women's Hockey at the University of Minnesota–Duluth ("UMD"), and have held that position since April 2015. Before coming to UMD, I coached Division I women's hockey at Harvard University for five seasons.

2. I submit this declaration in support of Defendant's Motion for Summary Judgment.

3. Josh Berlo reached out to me in early 2015 and asked that I consider the UMD women's hockey head coach position. In discussing the position, Josh told me that the new women's hockey head coach would have the freedom to hire her assistant coaches and her director of operations. This hiring autonomy as to all three

staff members made the position more attractive to me than if it were limited only to the assistant coaches.

4. When I became UMD's Women's Hockey Head Coach, I did have full authority to select, hire, and supervise the new director of hockey operations (Ian Kronberg, and then his successor, Nick Bryant), as well as my two assistant coaches, Laura Bellamy and Samantha (Sami) Reber (as well as Sami's successor), including completing their performance reviews.

I declare under perjury that the foregoing is true and correct and this declaration was executed this 29th day of November, 2020, in St. Louis County, Minnesota.

s/ *Maura Crowell*
Maura Crowell