IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jen Banford, and Annette Wiles, <br><br>                               Plaintiffs, <br><br> v. <br><br> The Board of Regents of the University of Minnesota, <br><br>                               Defendant. | Case No. 15-cv-03740 (PJS/LIB) <br><br> **DECLARATION OF DEBRA A. JONES, RP® IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, Debra A. Jones, RP®, declare as follows:

1. I am a paralegal with Greene Espel PLLP, legal counsel retained to represent the Defendant The Board of Regents of the University of Minnesota in the above-referenced matter. I submit this declaration in support of Defendant's Motion for Summary Judgment on the Title VII claims of Plaintiffs Jen Banford and Annette Wiles.

2. Attached hereto as Exhibit 1 is a true and correct copy of a May 20–June 10, 2014 email exchange, with attachments, between Shannon Miller and Josh Berlo, production numbers SM 1477–80, and marked as deposition exhibit 213.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed this 30th day of November, 2020, in Anoka County, Minnesota.

                                                                  s/ Debra A. Jones
                                                                  Debra A. Jones