# REDACTED
# EXHIBIT 1

University of Minnesota Duluth Mail - Shannon Miller - important letters attached          4/4/15 3:28 PM



# Shannon Miller - important letters attached

**Shannon Miller** <smiller@d.umn.edu>                                    Tue, May 20, 2014 at 3:59 PM
To: Joshua Berlo <jpberlo@d.umn.edu>

Josh - I hope all is well with you. In follow up to our many earlier conversations please see the important attached letters.
Call anytime,
Shannon.

**Shannon Miller**
Head Coach Women's Hockey
*5x National Champions - 2001, 2002, 2003, 2008, 2010*
University of Minnesota Duluth Athletics
170 SpHC | 1216 Ordean Court | Duluth, MN 55812
(O): 218.623.1360 | (C): 218.213.1040

**Connect with us today! - #BulldogCountry**

www.umdbulldogs.com

2 attachments

- DOCS_BERENS-#10631-v1-Shannon_Miller_email_to_Josh_on_Contract_CLEAN.docx  90K
- DOCS_BERENS-#10632-v1-Shannon_Miller_email_to_Josh_re_[redacted]_CLEAN.docx  82K

---

**Josh Berlo** <jpberlo@d.umn.edu>                                        Tue, Jun 10, 2014 at 7:14 AM
To: Shannon Miller <smiller@d.umn.edu>

FYI - Chancellor is not back until mid July now.

Josh Berlo
Director of Intercollegiate Athletics
1216 Ordean Ct., 178 SpHC
Duluth, MN 55812
umdbulldogs.com
218-726-8168
@UMDAthDir
#BulldogCountry
[Quoted text hidden]



EXHIBIT
Ex. 213
Berlo

<DOCS_BERENS-#10631-v1-Shannon_Miller_email_to_Josh_on_Contract_CLEAN.docx>

<DOCS_BERENS-#10632-v1-Shannon_Miller_email_to_Josh_re_█████_CLEAN.docx>

'Good afternoon Josh,

Since your hire last year, you and I have had several talks about my contract extension. My current contract runs through June 30, 2015. During our conversations you have stated that you and I and Chancellor Black will meet and decide the future of women's hockey at UMD. You originally mentioned it could be early summer then stated it could be late summer and recently implied it could be well into our season. I do appreciate that in the meantime, you have encouraged me to explain to recruits and potential assistant coaches that we are in contract negotiations in an effort to minimize the damage this contract situation will have on recruiting and hiring.

I have chosen to be very patient with the process given your description of your support for me and retaining me as the head coach. And, I do appreciate your concerns about the financial situation of the University and athletics in general. I was particularly alarmed to hear that cutting women's hockey has been considered. But I appreciate it that you have recently told me that you will not cut any sports, and that you are supportive of a contract extension for myself.

However, although we would like to assume it will "all work out," my trip last month to the National meetings exposed the very negative repercussions to the delay, which leads me to request that while we are negotiating an extension to my contract, at a minimum, it is imperative that you and the department support me publicly and privately to avoid harming the program. To do nothing will substantially harm the program for recruiting and maintaining current student athletes and hiring and keeping assistants and staff.

I think the public statements can simply be that we are negotiating the contract, that any rumors of my retirement are not true, and that the team is on track to make another Frozen Four appearance in 2014-2015 season. We can each be quoted to some effect that we support each other and are looking forward to working together in future years to put these rumors to bed.

You should know a few specific examples of how this delay has already harmed the program:

1. **Retention/Hiring:**  Sadly, this became the "hot" news at the National conference and our opponents are using this and painting the program in a very negative light. It is

---

1

- impacting my ability to recruit, to hire a new assistant coach and my current assistant is shaken by the rumors ▇ has started.
2. **Current players**: I'm hearing from current players and their parents, who are all quite upset to hear that I have one year left on my contract and it has not been renewed. As of now, I am not aware of any players who are currently planning to leave although quite a few have mentioned that they came to Duluth to play for me and will leave if I am no longer coaching. I have reiterated that we are presently negotiating the contract and that all is well, but without your public statements, I anticipate more problems in this area. More importantly, if my current players feel the pressure to win to "save my job" which is what happens, it could severely impact the success we anticipate for the 2014-2015 season.
3. **Recruits**: Two weeks ago, a highly skilled and sought after USA National team player narrowed her schools down to UMD and Quinnipiac (a school that has no NCAA appearances at all). When I talked to her on the phone she said this to me: " I'm leaning toward Quinnipiac because your coaching staff is having problems and you only have one year left on your contract. You won't even be there when I get there for my 4 years." When I asked her what she meant by my coaching staff having problems she said, "▇ is unhappy and leaving." She doesn't even know who ▇ is. When I asked her where she heard this from, she said that Mark Johnson and Jackie Friessen (Wisconsin coaches) told her that ▇ told them that. They told her and her father that on a conference call and encouraged her to go to Quinnipiac. The next day, the recruit committed to Quinnipiac.
4. **Boosters/fans/donors**: According to an NCAA coach who is from Duluth and was just recently at home, the word on the street is that I am retiring. While at the Country Club one night, I was asked if I was on the chopping block. Each time, it leaves me in the situation to have to explain that it isn't true and we are in contract negotiations. Unfortunately, such a rumor in town impacts the local support for the program, both in attendance and donations.

I've had some media inquiries and I've been able to avoid discussing my contract and the athletic department. It is only a matter of time before my contract and the future of the program becomes a full-blown issue in the newspaper. I'd like to get ahead of this before it does.

As you know, we have finished in the top four of the WCHA regular season every single year. We have also advanced to the WCHA tournament every single year except one – and that is the 2012-2013 season when our #1 and #2 goalies were out injured and we had to play with our #3 in net. *This is the toughest league in the country, and we finish in the top 4 every year*. And it's only been four years since we have won our <u>fifth</u> national championship and finished second at another NCAA Frozen Four. UMD arguably has a dynasty in women's hockey

and we want to continue that excitement for UMD and the community! And, to date, we've been able to continue that success without having all the various benefits (paid summer school, May term, fifth year, etc.) that other schools are able to offer recruits.

We have an exceptional class coming in for next season, which will totally catapult our program back to the top and we need to continue to build and keep this dynasty alive. Simply, I show my athletes I believe in them and I need the UMD administration to show they believe in me. My concern, if you do not publically come out and state that we are in contract negotiations, that I am one of the best coaches in the game and that you are excited about the team we have coming in and the future of our program, it will torpedo our chance at national championship and the future of our program.

We are poised for greatness right now and it has taken the last two years of very hard work to put us back in this situation. I want you to be excited about it and totally supportive, privately and publically.

As described above, we are heavily recruiting for 2015 and 2016 <u>right now</u>. We do a ton of unofficial visits in June, and we also start home visits June 7th. My contract situation makes it near impossible to recruit and this will only serve to harm the present potential of our program and it's future. It would serve the program if my contract extension could be taken care of by June 6th. I am returning to town June 2nd and am speaking at a Women's Leadership Conference on June 3rd. I respectfully request a meeting with you and the Chancellor on June 4th, 5th or 6th to get the renewal of my contract completed.

I ask that this email to you will remain confidential and we will work this situation out. I have been excited about the potential of our relationship since the day you were hired. I hope we get the chance to do great things together.


Sincerely,

*S Miller*

Josh,

My other concern, somewhat addressed in my other email, is regarding █████
███████████████████████████████████████
███████████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

Below are few things I think you should know about.

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████ as the coach and extend the contract at face value and assume Steve is lashing out.)

I don't expect co-workers and support staff to treat me better than anyone else, but I certainly do expect my co-workers and support staff to at least be professional, civil and supportive at all times.

Second, it has come to my attention that ███████ also trying to cause the program problems by spreading lies about the players that are leaving our program. I have been clear with you and Abbey that every player that is leaving was on our coaching white board by December/January, and agreed upon by the entire coaching staff (including Steve), that it would be best if they transferred because they do not play now or will not play next year and/or they will be a huge problem. Our entire coaching staff agreed on these players and agreed they are not good enough.

Unfortunately, it appears his lies have planted seeds of doubt with Abbey and the men's staff. And, to be honest, I am concerned he has had your ear and has planted seeds of doubt. If this is true, I am incredibly disappointed and would like to talk with you about it further. I have been honest with you about the fact that ████████████████
████████████████ and the players leaving are all leaving on good terms and every case

is mutual. We have an awesome team coming in and these student athletes needed to move on to a situation where they will play and succeed. It's all according to plan and it's all for the best of everyone.

Third, prior to my flight to the national meetings in Florida, I sat and did two informal interviews with potential assistant coach candidates. Both people I met with are very good candidates and both were very interested in the job. During the conversation they both brought up the fact that they heard I only have one year left and UMD has not renewed my contract. I explained it away to the first candidate that asked me, as it caught me off guard and I wasn't prepared for that conversation. But when the second coach asked me that later, I asked them where they heard that. They said they had called Derek Plante to inquire about the coaching position that may be coming open and he had told them that. I've been told by my current players that the men's staff are asking them questions about why ■■■ is leaving and why players are transferring. I don't fault the men's staff for inquiring, but what it really exposes is how badly ■■■ has spun this in a manner to damage me, Coach Schuler and the program. I work hard to have good, honest relationships with the men's staff and ■■■ has done nothing but harm that for the last 3 years. Obviously, the contract issue is playing a role in recruiting staff as well, but I am concerned that ■■■ lies are spreading through the department too and will affect our assistant coach hire.

Sincerely,

*S Miller*

SM 1480