# UNITED STATES DISTRICT COURT
## District of Minnesota

Jen Banford and Annette Wiles,

          Plaintiff(s),

v.

The Board of Regents of the University of Minnesota,

          Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-cv-3740 PJS/LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. UMD's motion for summary judgment [ECF No. 731] is GRANTED.

2. The remaining claims of plaintiffs Jen Banford and Annette Wiles are DISMISSED WITH PREJUDICE AND ON THE MERITS.

Date: 4/22/2021

KATE M. FOGARTY, CLERK